(April 29, 2008)

■ JADADIC ADZER et al., Appellants, v RUDIN MANAGEMENT Co., INC., et al., Respondents, et al., Defendants. (And a Third-Party Action.) [855 NYS2d 904]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal, as limited by their brief, from stated portions of an order of the Supreme Court, Queens County (Weiss, J.), dated January 23, 2006, which, upon striking the answer of the defendants Rudin Management Co., Inc. and Three Times Square Center Partners, LLP, inter alia, denied that branch of their motion which was, in effect, for leave to enter a default judgment against those defendants on the issue of liability and thereafter for an inquest on the issue of damages.

In an action to recover damages for personal injuries, etc., the plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Weiss, J.), dated June 8, 2006, as denied their motion, denominated as one for summary judgment on the issue of liability, but which was, in actuality, a renewed motion for leave to enter a default judgment against the defendants Rudin Management Co., Inc., and Three Times Square Center Partners, LLP.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on a companion appeal (see *Adzer v Rudin Mgt. Co., Inc.,* 50 AD3d 1070 [2008] [decided herewith]). Lifson, J.P., Ritter, Santucci and Dillon, JJ., concur.